UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALANA SIMPSON-HOGAN,<br><br>        Plaintiff,<br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>        Defendants. | Case No. 5:14-cv-04067-PSG<br><br>**ORDER TO SHOW CAUSE** |

On September 8, 2014, Plaintiff Alana Simpson-Hogan filed a complaint against Defendants County of Santa Clara, Enriguez Borzinnger, Tony Albert and Robert Liddle.[1] Plaintiff has not served this complaint on Defendants. Rule 4(m) requires service within 120 days after the complaint is filed. Plaintiff therefore shall show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall comply with this order within 14 days.

**SO ORDERED.**

Dated: February 13, 2015

                                                PAUL S. GREWAL
                                                United States Magistrate Judge

---

[1] *See* Docket No. 1.