UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALANA SIMPSON-HOGAN,<br><br>　　　　Plaintiff,<br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-04067-PSG<br><br>**ORDER OF DISMISSAL** |

In its February 13, 2015 order,[1] due to Plaintiff's failure to serve the complaint on Defendants, the court ordered that Plaintiff show cause or face dismissal. Having received no response, the court now dismisses this case for failure to prosecute. The Clerk shall close the file.

**SO ORDERED.**

Dated: April 30, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 7.

Case No. 5:14-cv-04067-PSG
ORDER OF DISMISSAL

1